UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**Marmac, LLC**
*doing business as*
McDonough Marine Services
    **Plaintiff**

v.                                        Civil Action No.: 2:23cv680

**HALO MARITIME DEFENSE SYSTEMS, INC.,**
                       **Defendant,**
 and
**THE UNITED STATES PATENT AND
TRADEMARK OFFICE,**
                       **Garnishee.**

## **CLERK'S ENTRY OF DEFAULT**

The Court enters default judgment in personam under Fed. R. Civ. P. 55(b)(2) and quasi in rem pursuant to Fed. R. Civ. P. Suppl. Admiralty R. B(2)(a), (b) & (c) in McDonough's favor and against HALO, in the amount of $140,659.17, which is comprised of $139,841.32 in money damages plus $817.85 in costs, plus pre-judgment interest at a rate of 1.5% as well as post-judgment interest at the statutory rate. The Court DENIES McDonough's request for attorneys' fees.

                                        FERNANDO GALINDO, Clerk

                                        By: <u>V. Pearson</u>
                                                   Deputy Clerk